# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2014

Robert P. Young, Jr.,
Chief Justice

148132

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                       SC: 148132
                                       COA: 314415

TYGUAN DWIGHT CARROLL,
     Defendant-Appellant.
                                       Oakland CC: 2011-235783-FH

_____/

      On order of the Court, the application for leave to appeal the October 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2014



Clerk

h0514